IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-CV-01744-DME

COLORADO ETHANOL INVESTMENTS, LLC,

    Plaintiff,

v.

BENCHMARK DESIGN U.S.A., INC.

    Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

    Upon review of the parties' Stipulated Motion for Dismissal with Prejudice, and for good cause shown, it is hereby

    ORDERED that this action is dismissed with prejudice.

    DATED this   29th   day of   January   2007.

                                   BY THE COURT:

                                   */s/ David M. Ebel*

                                   _____
                                   United States Circuit Judge

cc:  Counsel of Record